*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Emma K. Enos against John A. Enos.

No opinion. Judgment and order appealed from affirmed. See **11 N. Y.** Supp. 415.

---

### FAHY *et al.*, Appellants, *v.* FARGO, Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by John Fahy and others against James C. Fargo.

No opinion. Reargument ordered. DWIGHT, P. J., not sitting. **See 17** N. Y. Supp. 344.

---

### FULTZ, Appellant, *v.* PAUL *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Henry N. Fultz against George Paul and others.

No opinion. Motion for reargument granted. See 14 N. Y. Supp. **4.**

---

### GORMLEY, Appellant, *v.* GRAND TRUNK RY. CO. OF CANADA, Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Michael Gormley against the Grand Trunk Railway Company of Canada.

No opinion. Order granting new trial affirmed, with costs to abide the event.

---

### GREEN, Appellant, *v.* WATSON, Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Lawrence Green against Henry W. Watson.

No opinion. Motion for leave to appeal to court of appeals denied. See 14 N. Y. Supp. 820.

---

### HASTINGS *et al.*, Appellants, *v.* ÆTNA INS. CO., Respondent.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Joseph W. Hastings and others against the Ætna Insurance Company.

No opinion. Judgment appealed from affirmed.

---

### MOELLER, Respondent, *v.* BREWSTER *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Mary Moeller against H. Austin Brewster and others.

No opinion. Judgment and order appealed from affirmed. MACOMBER, J., not voting. See 11 N. Y. Supp. 484.

---

### MOHUK, Respondent, *v.* NEW YORK CENT. & H. R. R. CO., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1891.)

Action by Frederick Mohuk against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order appealed from affirmed, on authority of *Glushing* v. *Sharp*, 96 N. Y. 676; *Palmer* v. *Railroad Co.*, 112 N. Y. 234,. 19 N. E. Rep. 678; *Oldenberg* v. *Same*, (N. Y. App.) 26 N. E. Rep. 1021. LEWIS, J., not sitting.